

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re
SB 246 & Cebada Group Inc

Debtor (s)

Case No: LA09-26761-ER

ORDER TO PAY UNCLAIMED FUNDS
(28 U.S.C. Section 2042; LBR 3011-1)

It appears that a check made payable to SB 246 & Cebada Group Inc totaling $83,585.76, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on March 27, 2020 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, SB 246 & Cebada Group Inc, was a business that was owned by Arnold Parnell. Arnold Parnell had since passed away and his wife, Thelma A Parnell, is now claiming the funds owed to her late husband. Thelma A Parnell now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $83,585.76 to Thelma A Parnell, 2506 13th Ave, Los Angeles, CA 90018.

_____          4/24/2020
Honorable Ernest M. Robles                    Date